```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SANDY GRACIANO, on behalf of himself and                    :
all others similarly situated,                              :
                                                            :
                                                            :
                              Plaintiff,                    :      20-CV-7646 (VSB)
                                                            :
                -against-                                   :             ORDER
                                                            :
HOLABIRD SPORTS, LLC                                        :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/4/2020__

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 3, 2020, Defendant filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Doc. 5.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by December 28, 2020.  It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by January 4, 2021.  Defendant's reply, if any, shall be served by January 18, 2021.

SO ORDERED.

Dated: December 4, 2020
      New York, New York

Vernon S. Broderick
United States District Judge